479 A.2d 1149

Commonwealth v. Toaltoan, Jr., Appellant.
Petition for Allowance of Appeal
Denied March 21, 1985.

Submitted April 2, 1984.

George J. Dambrosio, for appellant; Timothy Tietze, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, JOHNSON and LIPEZ, JJ.

Judgment of sentence affirmed.

WIEAND, J., concurred in the result.